SEYFARTH SHAW LLP
Ryan McCoy (SBN 276026)
rmccoy@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:    (415) 397-8549

SEYFARTH SHAW LLP
Reiko Furuta (SBN 169206)
rfuruta@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219

Attorneys for Defendant MAXIMUS CONSULTING
SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREA BARNES,<br><br>   Plaintiff,<br><br> v.<br><br>MAXIMUS CONSULTING SERVICES, INC.; and DOES 1 through 30; inclusive,<br><br>   Defendants. | Case No. 5:25-cv-02108-KK-SP<br><br>[Assigned to the Hon. Kenly Kiya Kato, Courtroom 3]<br><br>**STIPULATION TO EXTEND MOTION HEARING CUT-OFF DATE AND TO SET NEW HEARING DATE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Riverside County Superior Court Case No. CVPS2504251]<br><br>Complaint Filed:  July 2, 2025<br>FAC Filed:  December 3, 2025<br><br>Trial Date:  September 14, 2026 |

1

STIPULATION TO EXTEND MOTION HEARING CUT-OFF DATE

Plaintiff Audrea Barnes ("Plaintiff") and Defendant Maximus Consulting Services, Inc. ("Maximus" or "Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows

## **RECITALS**

WHEREAS, on October 6, 2025 this Court issued a Civil Trial Scheduling Order setting the motion hearing cut-off date in this matter for July 2, 2026;

WHEREAS, Defendant filed its Motion for Summary Judgment ("Motion") on June 4, 2026, setting the hearing date for the Motion for July 2, 2026;

WHEREAS, due to a conflicting schedule, Plaintiff's counsel is unavailable to appear for the July 2, 2026 hearing on the Motion;

WHEREAS, the Parties have agreed to July 16, 2026 as a new hearing date for the Motion; and

WHEREAS, good cause exists to extend the motion hearing cut-off date to enable Plaintiff's counsel to appear remotely at the hearing;

IT IS HEREBY STIPULATED between Plaintiff Audrea Barnes and Defendant Maximus Consulting Services, Inc., by and through their respective counsel of record, the following:

1. The motion hearing cut-off date is extended from July 2, 2026 to July 16, 2026.

2. The hearing date for Defendant's Motion for Summary Judgment, currently set for July 2, 2026, is re-scheduled to July 16, 2026; and

3. There is no change to the current briefing schedule, with Plaintiff's Opposition due on June 11, 2026 and Defendant's Reply due on June 18, 2026.

IT IS SO STIPULATED.

STIPULATION TO EXTEND MOTION HEARING CUT-OFF DATE

DATED:  June 11, 2026          LAW OFFICE OF EDWARD ANTONINO

By:  */s/ Edward Antonino*
Edward Antonino
Attorneys for Plaintiff AUDREA BARNES

DATED:  June 11, 2026          SEYFARTH SHAW LLP

By:  */s/ Reiko Furuta*
Ryan McCoy
Reiko Furuta
Attorneys for Defendant
MAXIMUS CONSULTING SERVICES, INC.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  June 11, 2026          */s/ Reiko Furuta*
Reiko Furuta

STIPULATION TO EXTEND MOTION HEARING CUT-OFF DATE