UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AUDREA BARNES,

          Plaintiff,

    v.

MAXIMUS CONSULTING SERVICES, INC.; and DOES 1 through 30; inclusive,

          Defendants.

Case No. 5:25-cv-02108-KK-SPx

[Assigned to the Hon. Kenly Kiya Kato, Courtroom 3]

**ORDER GRANTING EXTENSION OF MOTION HEARING CUT-OFF DATE AND SETTING NEW HEARING DATE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

[Riverside County Superior Court Case No. CVPS2504251]

Complaint Filed:  July 2, 2025
FAC Filed:  December 3, 2025

Trial Date:  September 14, 2026

ORDER

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing, IT IS HEREBY ORDERED:

1. The motion hearing cut-off date is extended from July 2, 2026 to July 16, 2026;

2. The hearing date for Defendant's Motion for Summary Judgment (Dkt. 33), currently set for July 2, 2026, is re-scheduled to July 16, 2026, at 9:30 a.m.; and

3. There is no change to the current briefing schedule, with Plaintiff's Opposition due on June 11, 2026 and Defendant's Reply due on June 18, 2026.

Dated:      June 11, 2026

Judge Kenly Kiya Kato
United States District Judge

326518067v.1

2
ORDER