Maurice J. Attie, Esq.  mjattie206@gmail.com
Arbitrator/Mediator
10610 Kinnard Avenue
Los Angeles, California 90024-5909
Phone (310) 474-0256; Fax (310) 474-2211

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER |
|---|---|---|
| Audrea Barnes | | 5:25-cv-02108-KK-SP |
| | Plaintiff(s) | |
| v. | | |
| Maximus Consulting Services, Inc. | | **MEDIATION REPORT** |
| | Defendant(s). | |

_**Instructions: The mediator shall file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator shall file a subsequent Report.**_

1.    ☑ A mediation was held on (date):  June 23, 2026                .

☐ A mediation did not take place because the case settled before the session occurred.

2.    The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

☑ Appeared as required by Civil L.R. 16-15.5(b).

☐ Did not appear as required by Civil L.R. 16-15(b).

☐ Plaintiff or plaintiff's representative failed to appear.
☐ Defendant or defendant's representative failed to appear.
☐ Other:

3.    Did the case settled?

☑ Yes, fully.
☐ Yes, partially, and further facilitated discussions are expected. _(See No. 4 below.)_
☐ Yes, partially, and further facilitated discussions are **not** expected.
☐ No, and further facilitated discussions are expected. _(See No. 4 below.)_
☐ No, and further facilitated discussions are **not** expected.

4.    If further facilitated discussions are expected, by what date will you check in with the parties?

(date:)                          .

Dated: June 23, 2026

_____
Signature of Mediator

/s/ Maurice J. Attie
_____
Name of Mediator (print)

The Mediator is to electronically file original document.